■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v EUGENE DE FRANCESCO et al., Defendants.—Motions for change of venue denied. Memorandum: It does not appear on this application that a fair and impartial trial cannot be had in Monroe County (CPL 230.20, subd 2). Since the case has not yet progressed to the *voir dire* of potential jurors, we deem this application premature *(People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982). In the circumstances in these cases, and in the interest of justice, we direct that the trial of these defendants scheduled for September 13, 1976 proceed before a Judge other than the Judge who presided in the trial of *People v Marino.* Present—

Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ. (Four motions —order entered Sept. 9, 1976.)